1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12

ARISUS NYTRELL ALLEN,

              Petitioner,

13

   v.

14

WARDEN LAMMER, USP, VICTORVILLE,

15

              Respondent.

16

Case No. 2:23-cv-05362-KK-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

17
18
19
20
21
22

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

23
24
25
26

     IT IS ORDERED that Judgment be entered granting Respondent's Motion to Dismiss and DISMISSING the Petition without prejudice for failure to exhaust administrative remedies.

27
28

1     LET JUDGMENT BE ENTERED ACCORDINGLY.

2

3   DATED:  February 14, 2024

4

5                                              _____
                                               HON. KENLY KIYA KATO
6                                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28