JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

ARISUS NYTRELL ALLEN,

               Petitioner,

     v.

WARDEN LAMMER, USP, VICTORVILLE,

               Respondent.

Case No. 2:23-cv-05362-KK-AJR

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:  February 14, 2024

_____
HON. KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE